**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**WESTERN DIVISION**

| | |
|---|---|
| In re: WEGESCHEIDE, PHILIP G § | Case No. 14-83717-TML |
| WEGESCHEIDE, DEBORAH A § | |
| § | |
| Debtor(s) § | |

**NOTICE OF TRUSTEE'S FINAL REPORT AND**
**APPLICATIONS FOR COMPENSATION**
**AND DEADLINE TO OBJECT (NFR)**

   Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that
<u>JAMES E. STEVENS                    </u>, trustee of the above styled estate, has filed a
Final Report and the trustee and the trustee's professionals have filed final fee applications,
which are summarized in the attached Summary of Trustee's Final Report and Applications
for Compensation.

   The complete Final Report and all applications for compensation are available for
inspection at the Office of the Clerk, at the following address:

   U.S. Bankruptcy Court
   Stanley J. Roszkowski U.S. Courthouse
   327 South Church Street
   Rockford, IL 61101

   Any person wishing to object to any fee application that has not already been approved or
to the Final Report, must file a written objection within 21 days from the mailing of this notice,
serve a copy of the objections upon the trustee, any party whose application is being challenged
and the United States Trustee.  A hearing on the fee applications and any objection to the Final
Report will be held at 09:30AM on 08/26/2015 in Courtroom 3100, United States Courthouse,
327 South Church Street
Rockford, IL 61101 .
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay
dividends pursuant to FRBP 3009 without further order of the Court.

**UST Form 101-7-NFR (10/1/2010)**

Dated:  07/31/2015              By:  /s/JAMES E. STEVENS
                                                                                       Trustee

JAMES E. STEVENS  
6833 Stalter Drive  
Rockford, IL  61108  
(815) 962-6611  
jstevens@bslbv.com

**UST Form 101-7-NFR (10/1/2010)**

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### WESTERN DIVISION

| | | |
|---|---|---|
| In re: WEGESCHEIDE, PHILIP G | § | Case No. 14-83717-TML |
| WEGESCHEIDE, DEBORAH A | § | |
| | § | |
| Debtor(s) | § | |

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | |
|---|---|
| *The Final Report shows receipts of* | $ 5,000.00 |
| *and approved disbursements of* | $ 42.59 |
| *leaving a balance on hand of* [1] | $ 4,957.41 |
| **Balance on hand:** | $ 4,957.41 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| | | None | | | |

| | |
|---|---|
| Total to be paid to secured creditors: | $ 0.00 |
| Remaining balance: | $ 4,957.41 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - JAMES E. STEVENS | 1,250.00 | 0.00 | 1,250.00 |
| Attorney for Trustee, Fees - Barrick, Switzer, Long, Balsley & Van Evera | 1,240.00 | 0.00 | 1,240.00 |

| | |
|---|---|
| Total to be paid for chapter 7 administration expenses: | $ 2,490.00 |
| Remaining balance: | $ 2,467.41 |

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

| | | | |
|---|---|---|---|
| Total to be paid for prior chapter administrative expenses: | | $ | 0.00 |
| Remaining balance: | | $ | 2,467.41 |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $35,124.61 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 5P | Illinois Department of Revenue | 3,363.46 | 0.00 | 236.27 |
| 6P | Internal Revenue Service | 31,761.15 | 0.00 | 2,231.14 |

| | | | |
|---|---|---|---|
| Total to be paid for priority claims: | | $ | 2,467.41 |
| Remaining balance: | | $ | 0.00 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 182,352.16 have been allowed and will be paid pro rata only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Quantum3 Group LLC as agent for | 248.69 | 0.00 | 0.00 |
| 2 | Quantum3 Group LLC as agent for | 587.66 | 0.00 | 0.00 |
| 3 | Navient Solutions, Inc. | 54,587.50 | 0.00 | 0.00 |
| 4 | Navient Solutions, Inc. | 36,074.41 | 0.00 | 0.00 |
| 5U | Illinois Department of Revenue | 483.62 | 0.00 | 0.00 |
| 6U | Internal Revenue Service | 1,963.06 | 0.00 | 0.00 |
| 7 | Capital One, N.A. | 305.60 | 0.00 | 0.00 |
| 8 | American Express Centurion Bank | 23,389.54 | 0.00 | 0.00 |
| 9 | American Express Centurion Bank | 9,694.32 | 0.00 | 0.00 |

**UST Form 101-7-NFR (10/1/2010)**

| | | | | |
|---|---|---:|---:|---:|
| 10 | Capital Recovery V, LLC | 2,785.67 | 0.00 | 0.00 |
| 11 | Discover Bank | 11,324.60 | 0.00 | 0.00 |
| 12 | PYOD, LLC its successors and assigns as assignee | 36,424.29 | 0.00 | 0.00 |
| 13 | Nordstrom Fsb | 4,483.20 | 0.00 | 0.00 |

Total to be paid for timely general unsecured claims: $ 0.00
Remaining balance: $ 0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for tardy general unsecured claims: $ 0.00
Remaining balance: $ 0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: $ 0.00
Remaining balance: $ 0.00

**UST Form 101-7-NFR (10/1/2010)**

Prepared By: /s/JAMES E. STEVENS
             Trustee

JAMES E. STEVENS
6833 Stalter Drive
Rockford, IL  61108
(815) 962-6611
jstevens@bslbv.com

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

```
                         United States Bankruptcy Court
                          Northern District of Illinois
In re:                                                         Case No. 14-83717-TML
Philip G Wegescheide                                           Chapter 7
Deborah A Wegescheide
         Debtors                      CERTIFICATE OF NOTICE
District/off: 0752-3           User: kkrystave            Page 1 of 2            Date Rcvd: Aug 03, 2015
                               Form ID: pdf006            Total Noticed: 39


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 05, 2015.
db/jdb         +Philip G Wegescheide,    Deborah A Wegescheide,    6304 Longford Drive,    McHenry, IL 60050-8067
22736811        Advanced Call Center Tech,    PO Box 9091,    Johnson City, TN 37615-9091
22736813        Aetna Pharmacy Management,    PO Box 741940,    Atlanta, GA 30374-1940
22736814        American Express,    PO Box 981535,    El Paso, TX 79998-1535
23005176        American Express Centurion Bank,    c o Becket and Lee LLP,     POB 3001,    Malvern, PA 19355-0701
22736815        American Express Rebate Card,    PO Box 981535,    El Paso, TX 79998-1535
22736817       ++BANK OF AMERICA,    PO BOX 982238,   EL PASO TX 79998-2238
                (address filed with court:    Bank of America,    PO Box 982235,    El Paso, TX 79998-2235)
22999469        Capital One, N.A.,    c o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
22736818        Chase Visa,   PO Box 15153,    Wilmington, DE 19886-5153
22736819       +Citibank AAvantage MasterCard,    PO Box 6500,    Sioux Falls, SD 57117-6500
22736820        Citibank AT&T Universal Card,    PO Box 6500,    Sioux Falls, SD 57117-6500
22736821       +Client Services,    3451 Harry S. Truman Blvd,    Saint Charles, MO 63301-9816
22774843       +Codilis & Associates, P.C.,    Wells Fargo Bank, NA,     15W030 North Frontage Road, Suite 100,
                 Burr Ridge, IL 60527-6921
22736822       +Comenity Bank/Ann Taylor,    Attn BK Dept,    Po Box 182125,    Columbus, OH 43218-2125
22736823       +Comenity Bank/Victoria Secret,    Attn BK Dept,    Po Box 182125,    Columbus, OH 43218-2125
22736824        DISCOVER,   P.O. BOX 30343,    SALT LAKE CITY,, UT 84130
22736825        Fed Loan Servicing,    PO Box 69184,   Harrisburg, PA 17106-9184
22736826       ++ILLINOIS DEPARTMENT OF REVENUE,    BANKRUPTCY DEPARTMENT,    P O BOX 64338,
                 CHICAGO IL 60664-0338
                (address filed with court:    IL Department of Revenue,     PO Box 19035,
                 Springfield, Il. 62794-9035)
22736830       +NCB Management Services, Inc,    PO Box 1099,    Langhorne, PA 19047-6099
22736829        Nationwide Credit,    PO Box 26314,   Lehigh Valley, PA 18002-6314
22951977        Navient Solutions, Inc.,    P.O. Box 9640,    Wilkes-Barre, PA 18773-9640
22736832       +Quality Water Conditioning,    711 Amsterdam Street,    Woodstock, IL 60098-2306
22736833        Sallie Mae/Navient,    attn Correspondence,    PO Box 9640,    Wilkes Barre, PA 18773-9640
22736834       +Sarah Wegescheide,    6304 Longford Drive,    McHenry, IL 60050-8067
22736835       +The New York Times,    MCU and Associates LLC,    1111 Marcus Avenue Suite M 21,
                 New Hyde Park, NY 11042-2038
22774425       +Wells Fargo Bank, N.A.,    c/o Codilis & Associates, PC,     15W030 North Frontage Rd., Suite 100,
                 Burr Ridge, IL 60527-6921
22736836       +Wells Fargo Home Mortgage,    PO Box 10335,    Des Moines, IA 50306-0335
22736837        Zwicker & Associates PC,    7366 N Lincolnwood Ave Ste 102,     Lincolnwood, IL 60712

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
22736812        E-mail/PDF: gecsedi@recoverycorp.com Aug 04 2015 01:59:15      AEO/Synchrony Bank,
                 PO Box 960013,    Orlando, FL 32896-0013
22736816       +E-mail/Text: ACF-EBN@acf-inc.com Aug 04 2015 02:02:29      Atlantic Credit,    PO Box 13386,
                 Roanoke, VA 24033-3386
23111240        E-mail/PDF: rmscedi@recoverycorp.com Aug 04 2015 01:59:19      Capital Recovery V, LLC,
                 c/o Recovery Management Systems Corporat,    25 SE 2nd Avenue Suite 1120,    Miami FL 33131-1605
23181192        E-mail/PDF: mrdiscen@discover.com Aug 04 2015 02:12:16      Discover Bank,
                 Discover Products Inc,    PO Box 3025,   New Albany, OH 43054-3025
22959856        E-mail/Text: rev.bankruptcy@illinois.gov Aug 04 2015 02:03:49
                 Illinois Department of Revenue,    Bankruptcy Section,    PO Box 64338,    Chicago IL 60664-0338
22736827        E-mail/Text: cio.bncmail@irs.gov Aug 04 2015 02:02:52      Internal Revenue Service,
                 PO Box 7346,    Philadelphia, PA 19101-7346
22736828       +E-mail/Text: bnckohlsnotices@becket-lee.com Aug 04 2015 02:02:43      Kohl's,    PO Box 2983,
                 Milwaukee, Wi 53201-2983
22736831       +E-mail/Text: bnc@nordstrom.com Aug 04 2015 02:02:46      Nordstrom Bank,    PO Box 6555,
                 Englewood, CO 80155-6555
23207217       +E-mail/Text: JCAP_BNC_Notices@jcap.com Aug 04 2015 02:04:21      Nordstrom Fsb,
                 c o Jefferson Capital Systems LLC,    Po Box 7999,    Saint Cloud Mn 56302-7999,
                 Orig By: Nordstrom Fsb
23195371       +E-mail/PDF: resurgentbknotifications@resurgent.com Aug 04 2015 01:59:20
                 PYOD, LLC its successors and assigns as assignee,     of Citibank, N.A.,
                 Resurgent Capital Services,    PO Box 19008,    Greenville, SC 29602-9008
22859645        E-mail/Text: bnc-quantum@quantum3group.com Aug 04 2015 02:03:26
                 Quantum3 Group LLC as agent for,    Comenity Bank,    PO Box 788,    Kirkland, WA 98083-0788
                                                                                               TOTAL: 11

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
23005177*       American Express Centurion Bank,    c o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
                                                                                           TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.


Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

```
District/off: 0752-3          User: kkrystave              Page 2 of 2                  Date Rcvd: Aug 03, 2015
                              Form ID: pdf006              Total Noticed: 39
```

          ***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 05, 2015                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 31, 2015 at the address(es) listed below:
              Gloria C  Tsotsos    on behalf of Creditor    WELLS FARGO BANK, N.A. nd-two@il.cslegal.com
              James E Stevens    on behalf of Trustee James E Stevens jimstevens@bslbv.com
              James E Stevens     jimstevens@bslbv.com,   IL48@ecfcbis.com
              Maria  Georgopoulos    on behalf of Creditor    WELLS FARGO BANK, N.A. nd-three@il.cslegal.com
              Patrick S Layng    USTPRegion11.MD.ECF@usdoj.gov
              Stephen J Costello    on behalf of Joint Debtor Deborah A Wegescheide steve@costellolaw.com
              Stephen J Costello    on behalf of Debtor Philip G Wegescheide steve@costellolaw.com
                                                                                             TOTAL: 7
```