# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### WESTERN DIVISION

| | | |
|---|---|---|
| In re: WEGESCHEIDE, PHILIP G | § | Case No. 14-83717 |
| WEGESCHEIDE, DEBORAH A | § | |
| | § | |
| Debtor(s) | § | |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)**

JAMES E. STEVENS, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

Assets Abandoned: $339,141.00          Assets Exempt: $77,300.00
*(without deducting any secured claims)*

Total Distribution to Claimants:$2,467.41          Claims Discharged
                                                    Without Payment: $349,770.82

Total Expenses of Administration:$2,532.59

3) Total gross receipts of $ 5,000.00 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $5,000.00 from the liquidation of the property of the estate, which was distributed as follows:

| | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $309,031.41 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 2,532.59 | 2,532.59 | 2,532.59 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 36,079.00 | 35,124.61 | 35,124.61 | 2,467.41 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 236,044.04 | 182,352.16 | 182,352.16 | 0.00 |
| **TOTAL DISBURSEMENTS** | $581,154.45 | $220,009.36 | $220,009.36 | $5,000.00 |

4)  This case was originally filed under Chapter 7 on December 16, 2014. The case was pending for 11 months.

5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6)  An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 11/02/2015          By: /s/JAMES E. STEVENS
                                   Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

EXHIBITS TO
FINAL ACCOUNT

## EXHIBIT 1 —GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| 2007 Volvo XC90 59,000 miles | 1129-000 | 2,000.00 |
| 2006 Volvo S60 43,000 miles | 1129-000 | 2,000.00 |
| 1995 Volvo 850 | 1129-000 | 1,000.00 |
| **TOTAL GROSS RECEIPTS** | | $5,000.00 |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 —FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | $0.00 |

## EXHIBIT 3 —SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NOTFILED | Wells Fargo Home Mortgage | 4110-000 | 267,258.00 | N/A | N/A | 0.00 |
| NOTFILED | Wells Fargo Home Mortgage | 4110-000 | 41,773.41 | N/A | N/A | 0.00 |
| **TOTAL SECURED CLAIMS** | | | $309,031.41 | $0.00 | $0.00 | $0.00 |

## EXHIBIT 4 —CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| JAMES E. STEVENS | 2100-000 | N/A | 1,250.00 | 1,250.00 | 1,250.00 |
| Barrick, Switzer, Long, Balsley & Van Evera | 3110-000 | N/A | 1,240.00 | 1,240.00 | 1,240.00 |

**UST Form 101-7-TDR (10/1/2010)**

| Payee | Uniform Tran. Code | | | | |
|---|---|---|---|---|---|
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| INTERNATIONAL SURETIES, LTD. | 2300-000 | N/A | 2.59 | 2.59 | 2.59 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | $2,532.59 | $2,532.59 | $2,532.59 |

## EXHIBIT 5 —PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | $0.00 | $0.00 | $0.00 |

## EXHIBIT 6 —PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 5P | Illinois Department of Revenue | 5800-000 | 4,393.00 | 3,363.46 | 3,363.46 | 236.27 |
| 6P | Internal Revenue Service | 5800-000 | 31,686.00 | 31,761.15 | 31,761.15 | 2,231.14 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $36,079.00 | $35,124.61 | $35,124.61 | $2,467.41 |

## EXHIBIT 7 —GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Quantum3 Group LLC as agent for | 7100-000 | N/A | 248.69 | 248.69 | 0.00 |
| 2 | Quantum3 Group LLC as agent for | 7100-000 | N/A | 587.66 | 587.66 | 0.00 |
| 3 | Navient Solutions, Inc. | 7100-000 | 53,651.88 | 54,587.50 | 54,587.50 | 0.00 |
| 4 | Navient Solutions, Inc. | 7100-000 | N/A | 36,074.41 | 36,074.41 | 0.00 |
| 5U | Illinois Department of Revenue | 7100-000 | N/A | 483.62 | 483.62 | 0.00 |
| 6U | Internal Revenue Service | 7100-000 | N/A | 1,963.06 | 1,963.06 | 0.00 |
| 7 | Capital One, N.A. | 7100-000 | N/A | 305.60 | 305.60 | 0.00 |
| 8 | American Express Centurion Bank | 7100-000 | 23,389.54 | 23,389.54 | 23,389.54 | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| 9 | American Express Centurion Bank | 7100-000 | 9,694.32 | 9,694.32 | 9,694.32 | 0.00 |
| 10 | Capital Recovery V, LLC | 7100-000 | 2,785.67 | 2,785.67 | 2,785.67 | 0.00 |
| 11 | Discover Bank | 7100-000 | 11,761.17 | 11,324.60 | 11,324.60 | 0.00 |
| 12 | PYOD, LLC its successors and assigns as assignee | 7100-000 | N/A | 36,424.29 | 36,424.29 | 0.00 |
| 13 | Nordstrom Fsb | 7100-000 | N/A | 4,483.20 | 4,483.20 | 0.00 |
| NOTFILED | Citibank AT&T Universal Card | 7100-000 | 18,013.46 | N/A | N/A | 0.00 |
| NOTFILED | Chase Visa | 7100-000 | 5,665.08 | N/A | N/A | 0.00 |
| NOTFILED | Citibank AAvantage MasterCard | 7100-000 | 36,424.29 | N/A | N/A | 0.00 |
| NOTFILED | Comenity Bank/Ann Taylor | 7100-000 | 209.06 | N/A | N/A | 0.00 |
| NOTFILED | Bank of America | 7100-000 | 17,851.36 | N/A | N/A | 0.00 |
| NOTFILED | Kohl's | 7100-000 | 320.60 | N/A | N/A | 0.00 |
| NOTFILED | Sallie Mae/Navient | 7100-000 | 35,919.81 | N/A | N/A | 0.00 |
| NOTFILED | The New York Times MCU and Associates LLC | 7100-000 | 96.30 | N/A | N/A | 0.00 |
| NOTFILED | Nordstrom Bank | 7100-000 | 4,483.20 | N/A | N/A | 0.00 |
| NOTFILED | Quality Water Conditioning | 7100-000 | 62.40 | N/A | N/A | 0.00 |
| NOTFILED | Comenity Bank/Victoria Secret | 7100-000 | 587.66 | N/A | N/A | 0.00 |
| NOTFILED | Fed Loan Servicing | 7100-000 | 15,000.00 | N/A | N/A | 0.00 |
| NOTFILED | Aetna Pharmacy Management | 7100-000 | 128.24 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $236,044.04 | $182,352.16 | $182,352.16 | $0.00 |

**UST Form 101-7-TDR (10/1/2010)**

Exhibit 8

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

Page: 1

**Case Number:** 14-83717
**Case Name:** WEGESCHEIDE, PHILIP G
WEGESCHEIDE, DEBORAH A
**Period Ending:** 11/02/15

**Trustee:** (330420)    JAMES E. STEVENS
**Filed (f) or Converted (c):** 12/16/14 (f)
**§341(a) Meeting Date:** 01/15/15
**Claims Bar Date:** 04/23/15

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| Ref. # | Asset Description (Scheduled And Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=§554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1 | 6304 Longford Drive, McHenry, IL | 303,000.00 | 0.00 | | 0.00 | FA |
| 2 | cash on hand | 0.00 | 0.00 | | 0.00 | FA |
| 3 | checking account at Fifth Third Bank | 240.00 | 0.00 | | 0.00 | FA |
| 4 | checking account with Chase | 1.00 | 0.00 | | 0.00 | FA |
| 5 | Household goods, furniture and furnishings | 600.00 | 0.00 | | 0.00 | FA |
| 6 | necessary wearing apparel | 500.00 | 0.00 | | 0.00 | FA |
| 7 | wedding rings | 600.00 | 0.00 | | 0.00 | FA |
| 8 | sports eqipment and a camera | 200.00 | 0.00 | | 0.00 | FA |
| 9 | whole life policies, no value, borrowed against | 0.00 | 0.00 | | 0.00 | FA |
| 10 | pension, husband | 34,000.00 | 0.00 | | 0.00 | FA |
| 11 | pension with United Airlines, both debtors | Unknown | 0.00 | | 0.00 | FA |
| 12 | 2007 Volvo XC90 59,000 miles See Order to Sell Assets entered 2/18/15. | 10,000.00 | 2,741.00 | | 2,000.00 | FA |
| 13 | 2006 Volvo S60 43,000 miles See Order to Sell Assets entered 2/18/15. | 6,500.00 | 2,500.00 | | 2,000.00 | FA |
| 14 | 1995 Volvo 850 See Order to Sell Assets entered 2/18/15. | 750.00 | 750.00 | | 1,000.00 | FA |
| 14 | **Assets** **Totals** (Excluding unknown values) | **$356,391.00** | **$5,991.00** | | **$5,000.00** | **$0.00** |

**Major Activities Affecting Case Closing:**

**Initial Projected Date Of Final Report (TFR):**    June 19, 2015

**Current Projected Date Of Final Report (TFR):**    June 19, 2015  (Actual)

Exhibit 9

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

**Case Number:** 14-83717
**Case Name:** WEGESCHEIDE, PHILIP G
WEGESCHEIDE, DEBORAH A
**Taxpayer ID #:** **-***4173
**Period Ending:** 11/02/15

**Trustee:** JAMES E. STEVENS (330420)
**Bank Name:** Rabobank, N.A.
**Account:** ******5066 - Checking Account
**Blanket Bond:** $780,000.00  (per case limit)
**Separate Bond:** N/A

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 02/12/15 | | Deborah A. Wegesheide | payment estate's interset in 2007, 2006 and 1995 Volvos | | 5,000.00 | | 5,000.00 |
| | {12} | | 2,000.00 | 1129-000 | | | 5,000.00 |
| | {13} | | 2,000.00 | 1129-000 | | | 5,000.00 |
| | {14} | | 1,000.00 | 1129-000 | | | 5,000.00 |
| 02/27/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 4,990.00 |
| 03/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 4,980.00 |
| 04/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 4,970.00 |
| 05/29/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 4,960.00 |
| 06/09/15 | 101 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 06/09/2015 FOR CASE #14-83717, Bond #016018067 | 2300-000 | | 2.59 | 4,957.41 |
| 08/27/15 | 102 | Barrick, Switzer, Long, Balsley & Van Evera | Dividend paid 100.00% on $1,240.00, Attorney for Trustee Fees (Trustee Firm);  Reference: | 3110-000 | | 1,240.00 | 3,717.41 |
| 08/27/15 | 103 | JAMES E. STEVENS | Dividend paid 100.00% on $1,250.00, Trustee Compensation;  Reference: | 2100-000 | | 1,250.00 | 2,467.41 |
| 08/27/15 | 104 | Illinois Department of Revenue | Dividend paid  7.02% on $3,363.46; Claim# 5P; Filed: $3,363.46; Reference: | 5800-000 | | 236.27 | 2,231.14 |
| 08/27/15 | 105 | Internal Revenue Service | Dividend paid  7.02% on $31,761.15; Claim# 6P; Filed: $31,761.15; Reference: | 5800-000 | | 2,231.14 | 0.00 |

|  |  |  |  |
|---|---|---|---|
| **ACCOUNT TOTALS** | 5,000.00 | 5,000.00 | $0.00 |
| Less: Bank Transfers | 0.00 | 0.00 | |
| **Subtotal** | 5,000.00 | 5,000.00 | |
| Less: Payments to Debtors | | 0.00 | |
| **NET Receipts / Disbursements** | **$5,000.00** | **$5,000.00** | |

| | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **TOTAL - ALL ACCOUNTS** | | | |
| **Checking # ******5066** | 5,000.00 | 5,000.00 | 0.00 |
| | $5,000.00 | $5,000.00 | $0.00 |

{} Asset reference(s)